**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6608

ANTONIO SAUNDERS, a/k/a Antonio Jerome Saunders-El,

Plaintiff - Appellant,

v.

CIRCUIT COURT JUDGE FISHER, in his/her individual and official capacity; CIRCUIT COURT JUDGE VINCENT CONWAY, in his individual and official capacity; EFRAIN SEGARRA, Doctor, in his/her individual and official capacity; JAMES ELLENSON, Attorney, in his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:10-cv-00264-LMB-TCB)

Submitted: August 17, 2010          Decided: August 31, 2010

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Saunders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saunders v. Circuit Court Judge Fisher, No. 1:10-cv-00264-LMB-TCB (E.D. Va. filed March 23, 2010; entered March 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED